**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7051

LARRY L. STEWART,

Plaintiff - Appellant,

versus

HARVEY BRYANT, Commonwealth Attorney,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis III, District Judge.  (CA-04-606-1)

Submitted:  August 12, 2004          Decided:  August 20, 2004

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry L. Stewart, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry L. Stewart appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) action as not cognizable under Heck v. Humphrey, 512 U.S. 477 (1994). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stewart v. Bryant, No. CA-04-606-1 (E.D. Va. June 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED